**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 27, 2026 AT 10:00 A.M. (EASTERN TIME)**

> This proceeding will be conducted in-person before the **Honorable Thomas M. Horan, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801**.
>
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website

**ADJOURNED MATTERS**

1.      Preference Actions Adversary Proceeding Pretrial Conferences

        See Exhibit A attached hereto.

        Status:  The pretrial conferences in the adversary proceedings listed on Exhibit A attached hereto have been adjourned to a date to be determined.

2.      Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/10/26] (Docket No. 235)

        Response Deadline:             February 27, 2026 at 4:00 p.m. (ET) (Extended to March 11, 2026 for the Chapter 7 Trustee)

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4901-6905-5150.2 57099.00001

Related Documents:          None.

Responses Received:

(a)     Limited Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/27/26] (Docket No. 300)

(b)     Chapter 7 Trustee's Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 3/11/26] (Docket No. 371)

Status:  This matter has been adjourned by agreement to the omnibus hearing on June 23, 2026 at 2:00 p.m. (ET).

**RESOLVED MATTER**

3.      Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable) [Filed 5/6/26] (Docket No. 391)

Response Deadline:          May 20, 2026 at 4:00 p.m. (ET)

Related Documents:

(a)     Certification of No Objection Regarding Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable) [Filed 5/21/26] (Docket No. 394)

(b)     Order Granting Second Omnibus Motion of George L. Miller, Chapter 7 Trustee to Approve Settlement Agreements (Accounts Receivable) [Filed: 5/22/26] (Docket No. 395)

Responses Received:          None.

Status:  An order has been entered.  No hearing is necessary.

**MATTER UNDER CERTIFICATION OF COUNSEL**

4.      Motion of Dynamic Marketing Inc. for Reasonable Expenses and Attorneys' Fees Pursuant to Federal Rule 37 [Filed 4/8/26] (Docket No. 384)

Response Deadline:          April 22, 2026 at 4:00 p.m. (ET)

Related Documents:

(a)     Certification of Counsel Regarding Agreed Order Granting Motion of Dynamic Marketing Inc. Re: Docket No. 384 [Filed: 5/22/26] (Docket No. 396)

Responses Received:

(a)     Chapter 7 Trustee's Objection to Motion of Dynamic Marketing Inc. for Reasonable Expenses and Attorneys' Fees Pursuant to Federal Rule 37 [Filed 4/22/26] (Docket No. 389)

Replies:

(a)     [SEALED] Reply of Dynamic Marketing Inc. in Support of Motion for Reasonable Expenses and Attorneys' Fees Pursuant to Federal Rule 37 [Filed: 5/21/26] (Docket No. 393)

Status:  A certification of counsel has been filed with respect to this matter.  No hearing is necessary unless the Court has any questions.

Dated:  May 22, 2026                          **PACHULSKI STANG ZIEHL & JONES LLP**

                                         */s/ Peter J. Keane*
                                         Bradford J. Sandler (DE Bar No. 4142)
                                         Peter J. Keane (DE Bar No. 5503)
                                         Edward A. Corma (DE Bar No. 6718)
                                         919 North Market Street, 17th Floor
                                         P.O. Box 8705
                                         Wilmington, DE 19899-8705 (Courier 19801)
                                         Telephone:  (302) 652-4100
                                         Facsimile:  (302) 652-4400
                                         Email:    bsandler@pszjlaw.com
                                                   pkeane@pszjlaw.com
                                                   ecorma@pszjlaw.com

                                         *Counsel to George L. Miller, Chapter 7 Trustee*

## **EXHIBIT A**

| Defendant | Adv. Proc. No. |
|---|---|
| Almo Distributing | 26-50189 |
| AM Transportation Logistics, Inc. | 26-50196 |
| CJ Affiliate | 26-50209 |
| Criteo Inc. | 26-50194 |
| Electrolux Home Products Inc. | 26-50212 |
| EMPG Investment | 26-50188 |
| Eye4Fraud | 26-50205 |
| GB Best Services LLC | 26-50195 |
| Google Inc. | 26-50191 |
| Grace Logistics | 26-50210 |
| LG Electronics USA, Inc. | 26-50201 |
| MG Home Solutions LLC | 26-50208 |
| Miele Inc. | 26-50193 |
| MRF Logistics LLC | 26-50203 |
| New Image Trucking LLC | 26-50198 |
| Odyssey | 26-50206 |
| Pinnacle Express Inc. | 26-50202 |
| Ramp Credit Cart | 26-50199 |
| TS Logistics Services LLC | 26-50197 |
| Vertex Inc. | 26-50192 |

4901-6905-5150.2 57099.00001

| VGL World Inc./Global Logistics | 26-50204 |
| --- | --- |
| Whirlpool Corporation | 26-50190 |

4901-6905-5150.2 57099.00001