**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POLISHED.COM INC., *et al.*,[1] | ) | Case No. 24-10353 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 27, 2026 AT 10:00 A.M. (EASTERN TIME)**

> **PLEASE NOTE: THE HEARING HAS BEEN CANCELED WITH THE COURT'S
> PERMISSION AS NO MATTERS ARE GOING FORWARD.**

**ADJOURNED MATTERS**

1.   Preference Actions Adversary Proceeding Pretrial Conferences

See **Exhibit A and Exhibit B** attached hereto.

Status:  The pretrial conferences in the adversary proceedings listed on **Exhibit A and Exhibit B** attached hereto have been adjourned to a date to be determined.

2.   Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/10/26] (Docket No. 235)

| | |
|---|---|
| Response Deadline: | February 27, 2026 at 4:00 p.m. (ET) (Extended to March 11, 2026 for the Chapter 7 Trustee) |
| Related Documents: | None. |
| Responses Received: | |

(a)   Limited Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 2/27/26] (Docket No. 300)

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2]   **Amended items are in bold font.**

4901-6905-5150.3 57099.00001

(b) Chapter 7 Trustee's Objection and Reservation of Rights to Motion of 1870 Bath Ave. LLC and 7812 5th Ave Realty LLC for Allowance and Payment of Administrative Expense Claims [Filed 3/11/26] (Docket No. 371)

Status:  This matter has been adjourned by agreement to the omnibus hearing on June 23, 2026 at 2:00 p.m. (ET).

## RESOLVED MATTERS

3. Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable) [Filed 5/6/26] (Docket No. 391)

Response Deadline:        May 20, 2026 at 4:00 p.m. (ET)

Related Documents:

(a) Certification of No Objection Regarding Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements (Accounts Receivable) [Filed 5/21/26] (Docket No. 394)

(b) Order Granting Second Omnibus Motion of George L. Miller, Chapter 7 Trustee to Approve Settlement Agreements (Accounts Receivable) [Filed: 5/22/26] (Docket No. 395)

Responses Received:        None.

Status:  An order has been entered.  No hearing is necessary.

4. Motion of Dynamic Marketing Inc. for Reasonable Expenses and Attorneys' Fees Pursuant to Federal Rule 37 [Filed 4/8/26] (Docket No. 384)

Response Deadline:        April 22, 2026 at 4:00 p.m. (ET)

Related Documents:

(a) Certification of Counsel Regarding Agreed Order Granting Motion of Dynamic Marketing Inc. Re: Docket No. 384 [Filed: 5/22/26] (Docket No. 396)

**(b) Agreed Order Granting Motion of Dynamic Marketing Inc. Re: Docket No. 384 [Filed: 5/22/26] (Docket No. 398)**

Responses Received:

(a) Chapter 7 Trustee's Objection to Motion of Dynamic Marketing Inc. for Reasonable Expenses and Attorneys' Fees Pursuant to Federal Rule 37 [Filed 4/22/26] (Docket No. 389)

Replies:

(a)     [SEALED] Reply of Dynamic Marketing Inc. in Support of Motion for Reasonable Expenses and Attorneys' Fees Pursuant to Federal Rule 37 [Filed: 5/21/26] (Docket No. 393)

**Status:**          **An order has been entered.  No hearing is necessary.**

Dated:  May 26, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                        _/s/ Peter J. Keane_____
                                        Bradford J. Sandler (DE Bar No. 4142)
                                        Peter J. Keane (DE Bar No. 5503)
                                        Edward A. Corma (DE Bar No. 6718)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE 19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        Email:    bsandler@pszjlaw.com
                                                  pkeane@pszjlaw.com
                                                  ecorma@pszjlaw.com

                                        _Counsel to George L. Miller, Chapter 7 Trustee_

4901-6905-5150.3 57099.00001                    3

## EXHIBIT A

| Defendant | Adv. Proc. No. |
| --- | --- |
| Almo Distributing | 26-50189 |
| AM Transportation Logistics, Inc. | 26-50196 |
| CJ Affiliate | 26-50209 |
| Criteo Inc. | 26-50194 |
| Electrolux Home Products Inc. | 26-50212 |
| EMPG Investment | 26-50188 |
| Eye4Fraud | 26-50205 |
| GB Best Services LLC | 26-50195 |
| Google Inc. | 26-50191 |
| Grace Logistics | 26-50210 |
| LG Electronics USA, Inc. | 26-50201 |
| MG Home Solutions LLC | 26-50208 |
| Miele Inc. | 26-50193 |
| MRF Logistics LLC | 26-50203 |
| New Image Trucking LLC | 26-50198 |
| Odyssey | 26-50206 |
| Pinnacle Express Inc. | 26-50202 |
| Ramp Credit Cart | 26-50199 |
| TS Logistics Services LLC | 26-50197 |
| Vertex Inc. | 26-50192 |

4901-6905-5150.3 57099.00001

| Defendant | Adv. Proc. No. |
| --- | --- |
| VGL World Inc./Global Logistics | 26-50204 |
| Whirlpool Corporation | 26-50190 |

4901-6905-5150.3 57099.00001

**EXHIBIT B**

4901-6905-5150.3 57099.00001

| Defendant | Adv. Proc. No. |
|---|---|
| Alen Security | 26-50146 |
| Braintree | 26-50149 |
| Cablevision Lightpath, Inc. | 26-50150 |
| ESF Trading, Inc. | 26-50154 |
| ForwardAir | 26-50157 |
| Hi Tech Merchant | 26-50163 |
| iHeart Media | 26-50164 |
| MJV Logistics | 26-50171 |
| Terzi | 26-50144 |
| Acapulco Logistics | 26-50145 |
| American Express | 26-50147 |
| Ashley Furniture | 26-50148 |
| Carrier Enterprises | 26-50151 |
| Chavez & Sons | 26-50152 |
| Equator Advance | 26-50153 |
| Faithful Countertops | 26-50155 |
| Fast Four USA | 26-50156 |
| Gabbar, Inc. | 26-50158 |
| GoDaddy | 26-50159 |
| Infinity Furniture | 26-50165 |
| K.W. Rastall | 26-50166 |
| Kenshoo | 26-50167 |
| Los Serrucheros | 26-50169 |
| Manhattan Comfort | 26-50170 |
| 26-50172 – On Target | 26-50172 |
| Oracle America, Inc. | 26-50173 |

| Defendant | Adv. Proc. No. |
|---|---|
| Pathfinder Trucking | 26-50174 |
| PayPal | 26-50175 |
| Peaceman Capital | 26-50176 |
| People Center | 26-50177 |
| Prizer-Painter Stove Works | 26-50179 |
| Progressive Furniture | 26-50180 |
| RoadRunner Transportation | 26-50181 |
| Softthink Solutions | 26-50182 |
| Super Laundry | 26-50184 |
| The Stock Market | 26-50186 |
| H.K. Truck | 26-50162 |
| Techno Applicances | 26-50185 |
| Whynter, LLC | 26-50187 |

4901-6905-5150.3 57099.00001